# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH SALINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00419 JLT<br><br>ORDER ENTERING JUDGMENT AND CLOSING THE CASE |

The defendant has notified the Court that the plaintiff has accepted its Fed.R.Civ.P. 68 offer of judgment. (Doc. 49) The defendant has filed the Rule 68 offer and the signed acceptance. Id. Thus, the Court **ORDERS**:

1. Judgment is entered in favor of the plaintiff and against the defendant pursuant to the accepted Rule 68 offer;

2. Any motion for attorney's fees SHALL be filed **no later than August 2, 2019**;

3. All other dates, including the trial and pretrial conference, are VACATED;

4. Based upon the entry of judgment, the action is CLOSED.

IT IS SO ORDERED.

Dated: **July 16, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE