# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH SALINAS,<br><br>  Plaintiff,<br><br>  v.<br><br>FCA US LLC, et al.,<br><br>  Defendants. | Case No.: 1:17-cv-0419 - JLT<br><br>ORDER GRANTING STIPULATION TO DISMISS THE ACTION WITH PREJUDICE<br><br>(Doc. 62) |

The parties have stipulated to dismiss this action with prejudice. (Doc. 62) Thus, the Court **ORDERS**:

    1.    The action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **April 8, 2020**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE